JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MELLISA ROCKOW )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY )<br>)<br>Defendant )<br>_____ ) | CASE NO. CV 14-05790 AJW<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the Stipulation between the parties, through their respective counsel, plaintiff is awarded attorney fees under the EAJA in the amount of $1,500.00 and court costs in the amount of $400.00, subject to the terms of the Stipulation.

January 27, 2015

_____
Andrew J. Wistrich
United States Magistrate Judge